IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| HAROLD J. MCGURL, JR., | ) Civil Action No. 2:23-CV-01584-CBB |
| Plaintiff, | ) |
| vs. | ) United States Magistrate Judge |
| | ) Christopher B. Brown |
| CORRECTIONS OFFICER D. COSTELLO, CORRECTIONS OFFICER R. OHLER, | ) |
| Defendants, | ) |

**<u>ORDER ON MOTION FOR SUMMARY JUDGMENT, ECF No. 92</u>**

AND NOW, this 24th day of June, 2025,

Upon consideration of Defendants' Motion for Summary Judgment, ECF No. 92, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED as to all Defendants on all claims.

It is further ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days after entry of judgment to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

cc:    HAROLD J. McGURL, JR.
       NU3310
       SCI PHOENIX
       1200 MOKYCHIC DRIVE
       COLLEGEVILLE, PA 19426
       (via U.S. First Class Mail)

       All Counsel of Record, *via ECF*